**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

_____
                                      )
BOARD OF TRUSTEES, SHEET              )
METAL WORKERS' NATIONAL               )
PENSION FUND, <u>et al.</u>,               )
                                      )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )
                                      )    Civil Action No. 04-1208
J.J.S. BROTHERS, INCORPORATED,)
d/b/a SUPERIOR SHEET METAL            )
FABRICATIONS, INCORPORATED,           )
                                      )
          Defendant.                  )
_____)

<u>**ORDER**</u>

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge.  This matter is decided on a <u>de novo</u> review of the evidence.  This Court adopts the Magistrate Judge's finding of default judgment for Plaintiff, awarding them damages arising from Defendant's ERISA violations. This Court adopts the Magistrate Judge's recommendation that Plaintiff be awarded $18,985.94 in delinquent contributions, accrued interest, liquidated damages, attorneys' fees, and costs. Therefore, it is hereby

ORDERED that judgment is entered in the amount of $18,985.94 in favor of Plaintiff from Defendant, J.J.S. Brothers, Incorporated.                          /s/
                                      _____
                                      CLAUDE M. HILTON
                                      UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 6, 2006